IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT THEODORE WEIDOW,
    Petitioner,

vs.                                            Case No: 3:07cv517/RV/EMT

LARRY CASKEY,
    Respondent.
_____/

## **ORDER**

       This cause is before the court on Petitioner's notice of appeal (Doc. 22), construed as a motion for certificate of appealability (Doc. 26).  Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying habeas relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).

       After review of the file, the court concludes that because the Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's April 1, 2008 Order (Doc. 20) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on March 19, 2008 (Doc. 17), a certificate of appealability will be denied.

       Accordingly, it is **ORDERED**:

       Petitioner's notice of appeal (Doc. 22), construed as a motion for certificate of appealability (Doc. 26), is **DENIED** and no certificate shall issue.

       **DONE AND ORDERED** this 21ST day of April 2008.


                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**